**No. 49352.**—Protests 1171–K (B), etc., of O. Yoshizawa Co. (New York).

Opinion by TILSON, J. It appeared from the record that certain of the items in question consisted of hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), and were imported and entered subsequent to the effective date of said trade agreement. In accordance therewith the claim at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075 was sustained.

**No. 49353.**—Protest 34307–K of O. Yoshizawa & Co. (St. Louis).

Opinion by TILSON, J. The record showed that certain of the items consisted of hats known as harvest hats, similar to those the subject of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), and that all of said merchandise was imported subsequent to the effective date of said trade agreement. In accordance therewith the claim at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075 was sustained.

**No. 49354.**—Protest 108188–K of Accurate Millinery Co. (New York).

Opinion by TILSON, J. The record showed that certain of the items in question consisted of hemp hats not blocked or trimmed and not bleached, dyed, colored, or stained, and similar in all material respects to certain items involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which record was admitted herein. In accordance therewith the claim at only 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 49355.**—Protests 849821–G, etc., of Henry V. Allien & Co. (New York).

Opinion by TILSON, J. The record showed that certain of the items in question consisted of woven fabrics in chief value of metal threads, the same in all material respects as items involved in *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459), which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 385 and T. D. 48316 was sustained to this extent.